

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 22175484**
**Date Processed: 10/19/2020**

| | |
|---|---|
| **Primary Contact:** | Claudia Reyes<br>Hilton Domestic Operating Company Inc.<br>7930 Jones Branch Dr<br>Mc Lean, VA 22102-3388 |
| **Electronic copy provided to:** | Alana Stanley<br>Jennifer Guy<br>Matthew Fore<br>Ashley Cypher |
| **Entity:** | Doubletree Management LLC<br>Entity ID Number  2645295 |
| **Entity Served:** | Doubletree Management, LLC, d/b/a Doubletree by Hilton Chicago-Magnificent Mile |
| **Title of Action:** | Raymond Cooper vs. Doubletree Management, LLC, d/b/a Doubletree by Hilton Chicago-Magnificent Mile |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2020L010629 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 10/16/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Eric J. Parker<br>312-461-1000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT B

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |

**Summons - Alias Summons** (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

RAYMOND COOPER

(Name all parties)

v.

DOUBLETREE MANAGEMENT, LLC, et.al

Case No. **2020L010629**

☑ **SUMMONS**   ☐ **ALIAS SUMMONS**

To each Defendant:   SHERIFF: PLEASE SERVE: PLEASE SEE ATTACHED SERVICE LIST

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

---

DOUBLETREE MANAGEMENT, LLC, a Foreign Limited Liability Company, d/b/a
DOUBLETREE BY HILTON CHICAGO-MAGNIFICENT MILE
ILLINOIS CORPORATION SERVICE CO., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

FILED DATE: 10/6/2020 12:28 PM   2020L010629

**Summons - Alias Summons** (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 13589

Atty Name: Eric J. Parker-Stotis & Baird

Atty. for: Plaintiff

Address: 200 W. Jackson Blvd. #1050

City: Chicago

State: IL   Zip: 60606

Telephone: 312-461-1000

Primary Email: notice@stotis-baird.com

Witness: _____

10/6/2020 12:28 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 10/6/2020 12:28 PM  2020L010629

FILED DATE: 10/6/2020 12:28 PM  2020L010629

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ○ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ○ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ○ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ○ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ○ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ○ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ○ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ○ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ○ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- ○ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ● Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

## SERVICE LIST
## COOPER v DOUBLETREE MANAGEMENT, LLC, et.al.

DOUBLETREE MANAGEMENT, LLC, a Foreign Limited Liability Company, d/b/a
DOUBLETREE BY HILTON CHICAGO-MAGNIFICENT MILE
ILLINOIS CORPORATION SERVICE CO., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

DOUBLETREE BY HILTON CHICAGO – MAGNIFICENT MILE
ILLINOIS CORPORATION SERVICE CO., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

HILTON MANAGEMENT, LLC, a Foreign Limited Liability Company
ILLINOIS CORPORATION SERVICE CO., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

DOUBLETREE HOTEL SYSTEMS, LLC, a Foreign Limited Liability Company
ILLINOIS CORPORATION SERVICE CO., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

THE CHARTRES LODGING GROUP, LLC, a Foreign Limited Liability Company
ILLINOIS CORPORATION SERVICE CO., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

KOKUA HOSPITALITY, LLC, a Foreign Limited Liability Company
ILLINOIS CORPORATION SERVICE CO., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703